# EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DONNA KELLEY, § | |
|    Plaintiff. § | |
| § | Civil Action No.  4:19-cv-3494 |
| v. § | |
| § | |
| LAKEVIEW LOAN SERVICING, LLC, § | |
| LOANCARE, LLC, AND NATIONS § | |
| RELIABLE LENDING, LLC § | |
|    Defendants. § | |

### DEFENDANTS' DISCLOSURE STATEMENT AND
### CERTIFICATE OF INTERESTED PARTIES

Under Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Lakeview Loan Servicing, LLC ("Lakeview") and Loancare, LLC ("Loancare") (collectively "Defendants") file Defendants' Disclosure Statement and Certificate of Interested Parties and would show as follows:

### A. Disclosure Statement

1. Defendant LoanCare, LLC is a non-governmental limited liability company. LoanCare, LLC's sole member is ServiceLink NLS, LLC, a Delaware limited liability company. There is no publicly held corporation owning 10% or more of LoanCare's stock.

2. Lakeview Loan Servicing, LLC's ("Lakeview") sole member is Bayview MSR Opportunity Corp. ("Bayview MSR"). Bayview MSSR is wholly owned by Bayview MSR Opportunity Master Fund, L.P. ("Bayview Master Fund"). Bayview MSR Opportunity Offshore, L.P. ("Bayview Offshore") holds 62.82% of Bayview Master Fund. Bayview Offshore has a single limited partner, BOSF Master Fund L.P. ("BOSF"). BOSF is an investment fund with various investors, which holds 38.85% ownership in BOSF. No natural person indirectly holds a 10% or greater interest in Lakeview and no entity indirectly owns a 25% or greater interest in Lakeview. Through its interest,

BOSF indirectly owns a 10% or greater interest in Lakeview. The power to exercise control of Lakeview resides with the General Partner of Bayview Master Fund, Bayview Capital GP MSR, LLC, which is a 100% owned and controlled subsidiary of Bayview Asset Management, LLC. Lakeview reserves the right to supplement this disclosure if needed.

### B. Disclosure of Interested Persons

The following persons have a financial interest in the outcome of this lawsuit:

1. Plaintiff Donna Kelley

2. Ronald Kelley

3. Defendant Nations Reliable Lending LLC

4. Defendant LoanCare, LLC

5. Defendant Lakeview Loan Servicing, LLC

LoanCare and Lakeview reserve the right to supplement this disclosure, based on any newly discovered information.

    Respectfully submitted,

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**

   */s/ Crystal Gee Gibson*
Crystal Gee Gibson
State Bar No. 24037322
SD No. 706039
John D. Milks
State Bar No. 24102416
4004 Belt Line Road, Ste. 100
Addison, Texas 75001
(972) 340-7901
(972) 341-0734 (Facsimile)
CrystalR@bdfgroup.com
jdmilks@bdfgroup.com
  ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

On September 16, 2019, I certify that a copy of the foregoing was served as indicated to the following:

**Via ECF/email chip.lane@lanelaw.com and joshua.gordon@lanelaw.com and alex.lick@lanelaw.com**
Robert "Chip" Lane
Joshua Gordon
Alex Lick
The Lane Law Firm
6200 Savoy, Suite 1150
Houston, TX 77036-3300
Attorneys for Plaintiff

                                                      */s/ Crystal Gee Gibson*
                                                    Crystal Gee Gibson